

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

June 30, 2022

*[Handwritten endorsement: 7/5/2022 OK – but if this case results in a motion to dismiss followed by an amended complaint you can't port some injuries]*

**VIA ECF**

The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Quezada v. Smithey Ironware Company, LLC; Case No. 1:22-cv-4540 (CM)

Dear Judge McMahon:

MEMO ENDORSED

We represent plaintiff Jose Quezada ("Plaintiff") in the above-referenced action and submit this letter to respectfully request an adjournment of the deadline to submit a Case Management Plan. Defendant has just been served in this matter (on June 22, 2022). We respectfully request an adjournment to allow time for Defendant to retain counsel and propose filing the Case Management Plan one month prior to the initial pre-trial conference, currently scheduled for October 6, 2022. This is Plaintiff's first request for such an extension.

We thank the Court for its consideration of this request.

Respectfully submitted,
/s/ Edward Y. Kroub
EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/2022